UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GUARDIAN PIPELINE, L.L.C., a Delaware
limited liability company,

        Plaintiff,

   v.                                         Case No. 08-C-0028

295.49 ACRES OF LAND, more or less,
in Brown Co., Calumet Co., Dodge Co.,
Fond du Lac Co., Jefferson Co., and
Outagamie Co., WI, et al.,

        Defendants.

## ORDER APPOINTING COMMISSIONERS

On June 18, 2008, the Court issued its Decision and Order advising the parties of its intent to appoint a Commission consisting of three persons with one alternate to determine compensation to be paid by Guardian as just compensation to the landowners who have not reached agreement concerning the value of the property interests taken in the above matter. The Court thereafter advised the parties of the identities and qualifications of the prospective three Commissioners and one Alternate it had selected, and offered the parties an opportunity to examine them regarding their qualifications. Based upon the objections made to one of the original nominees, the Court named a replacement prospective Commissioner and invited the parties to notify the Court if they wanted an opportunity to examine him regarding his qualifications. No such request having been made, the Court hereby appoints the following individuals to serve as Commissioners in the above matter:

1) The Honorable Richard G. Greenwood, Reserve Judge for the Circuit Court for Brown County;

2) The Honorable Judge Richard J. Dietz, Reserve Judge for the Circuit Court for Brown County;

3) The Honorable James T. Bayorgeon, Reserve Judge for the Circuit Court for Outagamie County;

The Alternate Commissioner will be The Honorable Neal Nettesheim, Wisconsin Court of Appeals, District II (retired). Judge Greenwood will serve as the Presiding Commissioner.

Dated at Green Bay, Wisconsin, this ___28th___ day of October, 2008.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge