UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GUARDIAN PIPELINE, L.L.C.,
a Delaware limited liability company,

       Plaintiff,

v.

295.49 ACRES OF LAND, more or less,        Case No. 08-C-28
in Brown County, Calumet County,
Dodge County, Fond du Lac County,
Jefferson County and Outagamie County,
Wisconsin, et al.,

       Defendants.

## SCHEDULING ORDER

On November 5, 2009, Plaintiff Guardian Pipeline, L.L.C. ("Guardian") filed a motion for entry of a Scheduling Order for five hearings before the Condemnation Commission. Guardian's purposed Scheduling Order, which was based upon a prior agreement of the parties and the Commission, included four hearings to occur from November 16 through November 19, and these hearings have already occurred. The remaining hearing date proposed by Guardian is February 15, 2010, to address defendant landowner Robert Weninger's property, Tracts 164 and 164.50 in Dodge County. Guardian proposed that this hearing commence at 9:00 a.m. on February 15, 2010, in the County Board Room of the Calumet County Courthouse, located at 206 Court Street in Chilton, Wisconsin. As the Court has not received any objection to the proposed hearing for the Weninger property, it will enter an order scheduling the hearing.

**THEREFORE IT IS ORDERED** that Guardian's motion is granted in part and denied in part as moot. The Condemnation Commission shall conduct a hearing regarding the Weninger

property at 9:00 a.m. on February 15, 2010, in the County Board Room of the Calumet County Courthouse, located at 206 Court Street in Chilton, Wisconsin.

**IT IS FURTHER ORDERED** that if defendant Robert Weninger, appearing *pro se*, intends to provide the Condemnation Commission with an appraisal in support of his case, he shall serve that appraisal on plaintiff Guardian's attorney on or before Friday, January 29, 2010.

**IT IS ALSO ORDERED** that a hearing for defendant Holsum Dairy, Inc. shall be scheduled at a date and location to be determined by the Commission.

Dated this   20th   day of November, 2009.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge