# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GUARDIAN PIPELINE, L.L.C., a Delaware
limited liability company,

           Plaintiff,

    v.                                  Case No. 08-C-0028

295.49 ACRES OF LAND, more or less,
in Brown Co., Calumet Co., Dodge Co.,
Fond du Lac Co., Jefferson Co., and
Outagamie Co., WI, et al.,

           Defendants.

## DECISION AND ORDER ADOPTING REPORT OF COMMISSION
## FOR DALE RAVENELLI

On January 20, 2010, the Federal Condemnation Commission of the Eastern District of Wisconsin, Green Bay Division ("Commission") awarded $288,500.00 to Dale Ravenelli ("Landowner") in compensation for the partial taking of a permanent easement by Guardian Pipeline, L.L.C. ("Guardian"). On January 30, 2010, Landowner moved this Court to adopt the Commission decision. (Dkt. 527.) Guardian filed a timely Notice of Objection to the Report on February 10, 2010 (Dkt. 535) but has subsequently failed to file a brief by March 26, 2010 as required by the Court's February 9th Order for Briefing Schedule. (Dkt. 531.)

**THEREFORE IT IS ORDERED** that Dale Ravenelli's request that this Court adopt the findings of Condemnation Commission is **GRANTED.** The Commission's award in the amount

of $288,500 is confirmed, together with interest at the legal rate of 5% per annum from January 9, 2008, the date of the taking.

Dated this   22nd   day of July, 2010.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge

2

Case 1:08-cv-00028-WCG   Filed 07/22/10   Page 2 of 2   Document 563